**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gonzalo CASTANEDA–HERNANDEZ,
aka Gonzalo Castenada, Defendant—
Appellant.**

**No. 01–10500.
D.C. No. CR–01–00089–RCC.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 10, 2002 *.

Decided June 18, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

## MEMORANDUM **

Gonzalo Castaneda–Hernandez appeals his guilty plea conviction and the 57–month sentence imposed for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Castaneda–Hernandez's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no non-frivolous issues.

Because our independent review of the record discloses no arguable issues, counsel's motion to withdraw is granted and the judgment is

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. Accordingly, appellant's request for oral argument is denied. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.